JS-6

1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   CLAUDIA LUZ GOMEZ,                    SACV 13-718 PA (MAN)

12              Petitioner,                JUDGMENT

13        v.

14   ERIC HOLDER, JR., et al.,

15              Respondents.

16

17

18        Pursuant to the Court's May 6, 2013 Minute Order, IT IS ADJUDGED that this

19   action be SUMMARILY DISMISSED for lack of subject matter jurisdiction.

20

21   DATED: May 6, 2013            _____

22                                            Percy Anderson
                                    UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28