JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLAUDIA LUZ GOMEZ,

      Petitioner,

     v.

ERIC HOLDER, JR., et al.,

      Respondents.

SACV 13-718 PA (MAN)

JUDGMENT

     Pursuant to the Court's May 6, 2013 Minute Order, IT IS ADJUDGED that this action be SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: May 6, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE